No. 99. PORT OF BOSTON MARINE TERMINAL ASSN. ET AL. *v.* REDERIAKTIEBOLAGET TRANSATLANTIC. C. A. 1st Cir. [Certiorari granted, 397 U. S. 1035.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of petitioner granted and 20 minutes allotted for that purpose. Respondent granted 20 additional minutes for oral argument.

No. 113. DECKER, U. S. DISTRICT JUDGE, ET AL. *v.* HARPER & ROW PUBLISHERS, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 397 U. S. 1073.] Motion of petitioners to advance denied. Motion of State Bar of Texas for leave to join in *amicus curiae* brief of American Bar Assn. granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these motions.

No. 144. GRIFFIN ET AL. *v.* BRECKENRIDGE ET AL. C. A. 5th Cir. [Certiorari granted, 397 U. S. 1074.] Motion of respondents for leave to proceed *in forma pauperis* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of petitioners granted and 30 minutes allotted for that purpose. Respondents allotted 30 additional minutes for oral argument.

No. 281. SWANN ET AL. *v.* CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL. [Certiorari granted, 399 U. S. 926]; and

No. 349. CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL. *v.* SWANN ET AL. [Certiorari granted, *ante,* p. 805.] C. A. 4th Cir. Motion to supplement record granted. Motions of Congress of Racial Equality and Jackson Chamber of Commerce, Inc., et al. for leave to file briefs as *amici curiae* in No. 281 granted.